**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS KC

# Civil Cover Sheet

**FILED**
FEB 21 2008
Feb 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | KENDRICK BUTLER | **Defendant(s):** | SGT. GROSS, et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Kendrick Butler
#2007-0034408
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

08CV1077
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
✓ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
✓ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ✓ Yes  ☐ No

**Signature:** A. E. Woodham    **Date:** 02/21/2008

Gettleman    07C6826
Cole