UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
FEB 21 2008
Feb 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kendrick Butler
_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sgt. (Gross)
Superintendent (Turner)
Lt. Grochooiski
Asistant Excutive Director (Ramaro)
Excutive Director (Salvador Godinez)
Sheriff (Thomas Dart)
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1077
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE

Case No: _____
(To be supplied by the Clerk of this Court)

Jury Trial demanded

CHECK ONE ONLY:

____  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

 X   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.     Plaintiff(s):

Revised: 7/20/05

A. Name: Kendrick Butler

B. List all aliases: _____

C. Prisoner identification number: 20070054408

D. Place of present confinement: Cook County Department of correction

E. Address: 4905 W. fulton Chicago, IL 60644    2605 California Po Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: P Shubach
   Title: Correctional Officer
   Place of Employment: Cook county Department of corrections

B. Defendant: Barton
   Title: Sergant
   Place of Employment: Cook County Department of corrections

C. Defendant: Turner
   Title: Superintendent
   Place of Employment: Cook County Department of corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X)  NO ( )  If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X)  NO ( )

C. If your answer is YES:

1. What steps did you take?
Before filling the grievance I instructed the nurse and all the officer that I'm an asthmatic and my lungs are weak.

2. What was the result?
done before the grievance

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
There were no results toward an appeal

D. If your answer is NO, explain why not:

Revised: 7/20/05

E.  Is the grievance procedure now completed?  YES (X)  NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G.  If your answer is YES:

   1.  What steps did you take?

   _____
   _____
   _____

   2.  What was the result?

   _____
   _____
   _____

H.  If your answer is NO, explain why not:

   _____
   _____
   _____

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: 07C6826

B. Approximate date of filing lawsuit: 11/20/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kendrick Butler

D. List all defendants: Officer (Shuhch) Sgt (Barton) Chief (Brown) Superintendent (Tuoet) Assistant Executive Director (Romaco) Executive Director (Salvador Godinez) Sheriff (Thomas Dart)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Clerk of the US District court USCH 219 S Dearborn

F. Name of judge to whom case was assigned: _____

G. Basic claim made: medical both physical and mental injuries and still suffering

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: 11/20/07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

V.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Well on June 9th or June 8th 2007 I was notified by an inmate that some people put a bounty on my head and wanted me to be severly wounded and I notified the correctional officer telling him one of the inmates nicknames who was suppose to be involved but he ignored my acknowledgement and called Sgt Goss and he notified his superior which is the Lt. for the tier who name is Orochoaski who didn't want to listen to anything I had to say nor think I was never issued a protective custody form to sign into or any proper proceedure that was suppose to happened didn't take place. I informed the Lt, Sgt., and correctional officer that I have bad lungs and breathing problems. They didn't acknowledge my medical history and mased me anyway after I stated two big important things I feel my life is in danger and I have asthma I'm known to have attacks. Well my lungs are now currently malfunctioning and I'm having black outs

Revised: 7/20/05

and other medical injuries Do ~~this~~ to this incident. I still haven't completely recovered. After this infraction I was later attacked by some inmates when this could of been avoided from when I first reported my well being in the same Divison. I was denied security assistant what they were trained to do. Inproper search and seizer.

VI. **Relief:**

Revised: 7/20/05

Releif: State Briefly exactly what you want the court to do for you. Make No legal arguments cite No cases or ~~statuets~~ statutes

Monetary damages in the Amount of $100,000.00 for pain and suffering, physical and mental here in punitive damages of $100,000.00 and any other just Award from Each defendant

