Amended

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kendrick Butler

RECEIVED
APR - 3 2008
Apr 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

Correctional officer (ARels #F8444)
Seargent (ROSS)
Leutinant (GROchowski)
Superintendent (Turner)
Executive Director (SAlvAdor Godinez)
Assistant Executive Director (RomAro)
Sheriff (Thomas DArT)

Case No: 08 C 1077
(To be supplied by the Clerk of this Court)

Jury Trial demanded

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

__X__ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Kendrick Butler

    B. List all aliases: Kendric Butler

    C. Prisoner identification number: 20070034408

    D. Place of present confinement: Cook County Jail

    E. Address: 2600 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Ross
    Title: Seargent
    Place of Employment: Cook County Jail

    B. Defendant: Grochski
    Title: Leutinant
    Place of Employment: Cook County Jail

    C. Defendant: ~~Superintendent~~ Turner
    Title: Superintendent
    Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Defendant: SAlWAdor Godinez
Title: Excutive Director
Place of Employment: Cook County JAil

Defendant: Romaro
Title: Assistant Excutive Director
Place of Employment: Cook County JAil

Defendant: Thomas DArT
Title: Sheriff
Place of Employment: Cook County JAil

Defendant: ARelS # F8444
Title Correctional officer
Place of Employment: Cook County JAil

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Kendrick Butler #20070034408 v. Thomas Dart et al.,

B. Approximate date of filing lawsuit: Dec. 10, 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kendrick Butler

D. List all defendants: Correctional officer (Carels #18441) Seargent (Barton), Officer (Shuhch), Superintendent (Turner), Executive Director (Salvador Godinez), Assistant Executive Director (Romero) Sheriff (Thomas Dart)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court, Northern District Illinois

F. Name of judge to whom case was assigned: Robert W. Gentleman

G. Basic claim made: Medical injuries mental and physical and pain and suffering.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: Dec. 10 2007

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 9, 2007 I was notified by an inmate some people from the outside of this institution put a price, bounty, hit on my head and they wanted me severly wounded or dead. When I came back from court I notified correctional officer Abels #F8444. I didn't know the inmate Government name so I gave him the nickname. But the correctional officer ignored my acknowledgement and didn't try to assit my security and called his seargent "Ross", who notified his Leutinant "Grocheoski", who didn't want to listen to any thing I had to say or assit my security to be given protective custody, which is apart of our inmate rights once we feel our life are in danger. I informed The correctional officer, Leutinant and seargent numerous times about my lungs and security are jeperdized if he mase/pepper spray me and throw me back into the cell. Instead I

4

Revised 9/2007

were pepper/mase any way without acknowledging my medical history of bad lungs and my dianoses Asthma. Now my lungs are currently malfunctioning and I was beaten after I've informed these security staffs. I was never acknowledged by the Director, Superintendent, Sheriff or any other higher staffs that could of help me. I filled out request forms and asked personally to speak to these individuallys. No security; medical injuries and my inmate Rights were violated. My medical injuries are when peppered sprayed collapesing in the lungs, and now using my inhaler on a daily basics when at first I didn't need to use at all. Then later in the feture later being beaten and suffering from blackouts, blood in my urine and other heart, brain and lung injuries.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary damages in the amount of $100,000.00 for pain and suffering, physical and mental here in punitive damages of $100,000.00 and any other just award from each defendant.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  3  day of  27 , 20 08

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

6

Revised 9/2007