4/16/08

Dear prisoner correspondence magistrate Judge Robert W. Gentleman I have tried numerous times to file the grievance that's needed for case 08C1077. But social worker smith and her supervisor refuse to even process the grievance. I don't know any other procedures to take so I'm sending you two copies of the grievance. I was told that this grievance been filed before with case 07C6826. But it hasn't one states I attempted to tell the officers about my safety and they refuse to help on numerous occasions and they other says the date of the crime and beaten. Please pay attension to the grievance on each case and review both to see what I'm talking about.

FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Please help me if you can I really need it thank you.

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

1 of 2

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Butler**       First Name: **Kendrick**

ID #: **2007-0034408**   Div.: **9**   Living Unit: **J4**   Date: **3/27/08**

BRIEF SUMMARY OF THE COMPLAINT: On June 9, 2007 I was notified by an inmate some people from the outside of this institution put a price, bounty, hit on my head and they wanted me severly beaten or dead. When I came back from court I notified correctional officer AREIs #F8444. I didn't know the inmate Government name so I gave him a nickname. But the correctional officer ignored my acknowledgement and didn't try to assit my security and called his seargent "Ross" who called his Leutinant "Grochorski," who didn't want to listen or assit my security to be given protective custody, which is AREIs #F8444, Seargent Ross, Leutinant Grochorski.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

DETAINEE SIGNATURE: *Kendrick Butler*

C.R.W.'S SIGNATURE: *K. Smith*     DATE C.R.W. RECEIVED: **4/3/08**

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____

2 of 2

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Butler**     First Name: **Kendrick**

ID #: 2007-0034408   Div.: 9   Living Unit: 2A   Date: 3/27/08

BRIEF SUMMARY OF THE COMPLAINT: apart of our inmate rights, once we feel our life is indangered. I informed the correctional officer, seargent and leutinant Numerous times about my lungs and security will be indangered/jeperdized if he mase/pepper spray me and throw me back into the cell. Instead I were sprayed without any acknowledgement of my medical history of having bad lungs and my dianose's of asthma. Now my lungs are currently malfunctioning and ~~[redacted]~~ I've informed these security staffs. I was never acknowledged by the director, superintendent, sheriff, or any other staff that could of helped me. I've filled out request forms and asked to speak to'em personally before the incident.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
AREIS #8444, Seargent Ross, Leutinant Grochowski

ACTION THAT YOU ARE REQUESTING: I want a full Internal Affair Investigation on Cook County Jail.

DETAINEE SIGNATURE: *Kendrick Butler*

C.R.W.'S SIGNATURE: *K. Smith*     DATE C.R.W. RECEIVED: 4/13/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)