**FILED**
MAY 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

5/6/08

Dear Prisoner Correspondence,

My Name is Kendrick Butler and I two cases filed in your courts under the Judge Robert W. Gettleman, case #'s are 07C6836 and 08C1077 and I'm incarcerated for first degree murder. I will like to ask Prisoner correspondence to appoint me court attorneys for the cases thats filed and for future references.

My current location is cook county department of corrections. I don't have any money for lawyer fees for my current case thats in the criminal courts. I will be able to pay the courts after my incarcerations but as of now I don't have the money to do so right now. I'm not asking to be treated with special treatment I'm just asking for a fair chance since I didn't go to law school of study any major law material to even file a motion.

Prisoner correspondence please adhear to my request I really would appreciate your fairness.

On case 08C1077 I received an letter/or receipt stating one of the officers doesn't work here in cook county department of corrections. His name is Abels #8444 Abels #8444 not Arels/acels. Please take into consideration that I couldn't read the name off the disciplinary report that you now have the actual copy of.

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kendrick Butler | 08C1077 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Correctional Officer Ross, et al. | S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Correctional Officer Ayala #8445, Cook County Jail

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CCJ, C/O Legal Dept., 2700 S. California Ave., 2nd. Flr., Div. A, Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kendrick Butler, #2007-0034408
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE 05-05-08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) — Total Process: 4 of 4 — District of Origin No. 24 — District to Serve No. 24 — Signature of Authorized USMS Deputy or Clerk — Date: 05-05-08

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/08/08    Time: 11:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |

REMARKS: No one by the above name working at Cook County. 7 Busnt 10 miles 2 Hours

NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |