## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KENDRICK BUTLER, | ) | |
|     Plaintiff, | ) | 08 C 1077 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert W. Gettleman |
| CORRECTIONAL OFFICER ARELS (#78444), | ) | |
| SEARGEANT ROSS, | ) | |
| LIEUTENANT GROCHOWSKI, | ) | |
| SUPERINTENDENT TURNER, | ) | |
|     Defendants. | ) | |

### NOTICE OF MOTION

To:    Kendrick Butler, 2007-0034408
        Cook County Department of Corrections
        P.O. Box 089002
        Chicago, IL 60608

PLEASE TAKE NOTICE that on June 24, 2008 at 9:15 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the United States District Court, Northern District Illinois, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **DEFENDANTS' MOTION TO VACATE ANY TECHINICAL DEFAULTS AND FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and served upon you.

                                              Respectfully submitted,
                                              RICHARD A DEVINE
                                              State's Attorney for Cook County
                              By:     s/ Francis J. Catania
                                              Francis J. Catania, Attorney for Defendants

FRANCIS J. CATANIA ARDC #6203188
Cook County State's Attorney's Office
Richard J. Daley Center
50 W. Washington Street Room 500
Chicago, IL 60602
(312) 603-6572

### PROOF OF SERVICE

I, Francis J. Catania, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to CM/ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on June 9, 2008.

[x] Under penalties as provided by law pursuant
to ILL. REV. STAT CHAP. 110, SEC. 1-109,
I certify that the statements set forth herein
are true and correct.

                                                         s/ Francis J. Catania ARDC #6203188