FILED
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear prisoner Correspondence 6/17/08

My Name is Kendrick Butler and I just receive a copy of a motion to dismiss case #08 C 1077. I just sent off a copy of the responce grievince stating what actions will be taken do to thoes indivisuals lack of security and now I'm also sending a grievance that pertaining to case #07 C 6826 thats stating I've been injuried/and or beaten later when it could of been avoided if staff would of did the necessary steps and place me in an protective custody unit.

I'm still incarcerated in cook county jail as a detainee and I don't think I'll beable to make the court date of June 24, 2008 due to my criminal case which will also be taken court on that same day. This letter is an additional responce to the motion thats being filed on case 08 C 1077. I also written a letter of approval to let my family members take over the case but with lack of experince I will resume authority over case #08 C 1077.

Thank you for your help and assistance prisoner correspondence.

#074

CASE #08C1077
#07C6824

Part-A / Control #: 2007X 2333

Referred To: IAD

☐ Processed as a request.

ID-1188

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Butler First Name: Kendrick

ID # 2007-0024408 Div.: 9 Living Unit: I-D Date: 11/11/07

BRIEF SUMMARY OF THE COMPLAINT: Back in June of 2007 I was being housed in Division 6 tier C-1 I told the officer who was working my tier on 1st shift to please remove me from the tier, because I was in fear for my life due to my case. The Sgt came to the tier and maced me and moved me to tier F-3. Two days later I spoke with Superintendent Salazar about moving me to protective custody because of my case and in fear for

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Internal Affair investigation

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Kendrick Butler

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 11/21/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

1074

Part-A / Control #: 2007X 2333

Referred To: IAD

☐ Processed as a request.

ID-11888

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: ButLer First Name: Kendrick

BRIEF SUMMARY OF THE COMPLAINT: my life: I was moved To Segregation and was placed There For 29 days. They were Told, meaning The entire shift That I couldn't go back To population in Division 1 or Division 10. I was placed back in Division 1 on Tier H-4 I spoke To The Tier officer Shuhch and asked him To please have me moved, because inmates were going To attempt To kill me

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Internal Affair investigation.

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Kendrick ButLer

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 11/21/07

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

3 of 4

2007-0034408
ID-1188

Part-A / Control #: 2007 X 2333

Referred To: I.A.D.

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Butler First Name: Kendrick

BRIEF SUMMARY OF THE COMPLAINT: Came To my Tier and Told me he was not Sending me To protective custody. Two hours later I was jumped by over 20 inmates For over 15 min. Officer Shuhch had left his post and no staff member was There For over 30 min For me To report To or To help me. When officer Shuhch did come back and saw my black eye and me bleeding, he called For a Sgt Barton. ST Burton [illegible] remove me From The Tier [illegible]

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

A Full internal Affair investigation

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Kendrick Butler

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: 11/21/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

70744

Part-A / Control #: 2007X2333

Referred To: IAD

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Butler First Name: Kendrick

BRIEF SUMMARY OF THE COMPLAINT: Any medical attention. Two hours later the officer who does check up who I'm not sure of his name. He contacted the chief and got me medical attention. I would like a full internal affair investigation into this matter.

I have serious medical problems due to the beating.

[illegible] OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Internal Affair look into this matter

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Kendrick Butler

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 11/21/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

CASE # 08C1077

COOK COUNTY DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT AND FINDINGS OF FACT

Please Print Information 94POPA01DS

SECTION I DISCIPLINE REPORT | Division: I | Date of Infraction: 29 May 07
Detainee's Name: Butler, [illegible] | ID#: 2007-0034[illegible] | Date of Birth: [illegible]
Detainee's Living Unit: C1 | Place of Incident: [illegible] | Time: 13:35 HRS
☐ Category I ☐ Category II ☒ Category III ☒ Category IV ☐ Category V ☒ Category VI
Description of Charge(s) & Code(s): [illegible]

Detainee Injuries: ☐ Yes ☒ No | Medical Attention: ☒ Yes ☐ No | Name(s):
Staff Injuries: ☐ Yes ☒ No | Medical Attention: ☐ Yes ☒ No | Name(s):
Victim Report: ☐ Yes ☒ No | Reported to Internal Investigations: ☒ Yes ☐ No
Material Confiscated /Evidence Bag # (attach photocopy of evidence):

Description of Incident:
[illegible handwritten description]

Disciplinary Report Delivered to Detainee By (Name and Star #): [illegible] | Date and Time Delivered: 27 May 07 [illegible] HRS
Detainee's Signature:

Reporting Employee / Signature & Star #: | CCDOC Personnel Who Witnessed Infraction:
Reviewing Supervisor / Signature & Star #: [signature] | Name and Star (printed): SGT. Ross 92[illegible]
Superintendent or designee's Signature: [signature] | Name and Star (printed): LT. [illegible] 7[illegible]

SECTION II DISPOSITION BY DISCIPLINARY HEARING BOARD | Date of Hearing: 6/11/07
Detainee Requested Witnesses ☐ Yes ☐ No | Waive 24 Hr. Notice ☐ Yes ☒ No | Representative/Interpreter ☐ Yes ☒ No
Detainee Witness: KB | Living Unit: | Detainee Witness: | Living Unit:
Detainee's Plea to Charge ☒ Guilty As Charged ☐ Not Guilty | Detainee Status While Awaiting Hearing: [illegible]
Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)
[illegible handwritten statement]
DETAINEE SIGNATURE: [signature]
Testimony of Witnesses: (Use Continuation Sheet If Necessary)

IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT: ("X" APPLICABLE BOX)
☒ GUILTY AS CHARGED ☐ NOT GUILTY ☐ INVALID REPORT ☐ 72 HOURS EXPIRED ☐ 7 DAY EXPIRED
Disciplinary Hearing Board's Finding is Based On The Following Information:
☒ DETAINEE REPLY/DISCIPLINARY REPORT ☐ OTHER
Disciplinary Hearing Board Recommends The Following Action: [illegible]
Start Date of Action: 6/11/07 | End Date: 7/11/07
Disciplinary Hearing Board Member Signature/Title/Date: [signature] | Disciplinary Hearing Board Member Signature/Title/Date: [signature] 6/11/07 | Disciplinary Hearing Board Member Signature/Title/Date: [signature] 6-11-07

If found guilty of disciplinary charges, you may appeal to the divisional Superintendent. The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy
Pink - Detainee's Copy After Hearing
Yellow - Superintendent/Divisional File Copy

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

ID #: 2007-0084403 Div.: 1 Living Unit: A1 Date: 4 / 13 / 08

BRIEF SUMMARY OF THE COMPLAINT: [illegible]

DETAINEE SIGNATURE: [illegible]

C.R.W.'S SIGNATURE: [illegible]

(WHITE COPY – PROG. SERV.) (CANARY COPY – C.R.W.) [illegible]

Appeal 5.15.08

3 of 3

CASE # 08C 1077

Part-A / Control #:

Referred To:

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Butler First Name: Kendrick

ID #: 2007-0024413 Div.: 1 Living Unit: A1 Date: 4/23/08

BRIEF SUMMARY OF THE COMPLAINT: were thrown back into the cell I might not be able to come out do to what was told to me. Now my lungs are currently malfunctioning and I was beaten by some inmates when I informed them about my situation. I've filled out request [illegible] talked to them personally before I went to confinement from Div 1, I was never acknowledged by the director, superintendent, sheriff, or any other staff that could of help me.

I want a full internal affairs investigation

Ar1s #8444, Seargant Ross Div 1, Leutinant Grochowski

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Kendrick Butler

C.R.W.'S SIGNATURE: DATE C.R.W. RECEIVED: ___/___/___

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

2048

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

ID #: 2007-003[illegible] Div.: ______ Living Unit: ______ Date: ______

BRIEF SUMMARY OF THE COMPLAINT: [illegible]

is damaged. I informed the [illegible]

[illegible]

might leave [illegible]

DETAINEE SIGNATURE: ______

C.R.W.'S SIGNATURE: [illegible] DATE: [illegible] 08

(WHITE COPY [illegible]

Appeal

Part-A / Control #: X

Referred To:

☐ Processed as a request.

2 of 3

Case # 08C1077

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Butler First Name: Kendrick

ID #: 2007 - 0013408 Div.: ____ Living Unit: ____ Date: ___/___/___

BRIEF SUMMARY OF THE COMPLAINT: given protective custody, which is apart of our inmates rights once we feel our life is indanger. I informed the correctional officer, seargent, lutinant, and superintendent SALAZAR numerous times about my safety. But while at the moment [illegible] informed the [illegible] that [illegible] bad lungs and my safety were being indangered. I also informed these officers that if they peppered sprayed me and through me back into the cell that I'll collaps from the spray and might leave [illegible] damage on me and if I

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** ______________________

C.R.W.'S SIGNATURE: ______________________ DATE C.R.W. RECEIVED: 5 / 5 / 08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

1053

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

ID #: 2007-0031406 Div.: 4 Living Unit: 1A Date: 4/22/08

BRIEF SUMMARY OF THE COMPLAINT: [illegible]

by an inmate [illegible] people [illegible] institution [illegible] and they wanted me severely beaten [illegible]

[illegible]

[illegible] the same [illegible]

[illegible] assist my health [illegible]

who don't [illegible]

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION [illegible]

DETAINEE SIGNATURE: [illegible]

C.R.W.'S SIGNATURE: [illegible] DATE C.R.W. RECEIVED: [illegible] 08

[illegible]

Part-A / Control #: [illegible] X [illegible]

Referred To: [illegible]

☐ Processed as a request.

1073

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Butler First Name: Kendrick

ID #: 2007-0034402 Div.: 4 Living Unit: A1 Date: 4/23/08

BRIEF SUMMARY OF THE COMPLAINT: On June 9th 2007 I was notified by an inmate some pepple from the outside of this institutes put a price/Bounty/hit on my head and they wanted me sevrly beaten or dead. When I came back from court I notified Correctional officer Arelis #18444. I didn't know the inmate [illegible] name [illegible] him [illegible] name, But the correctional officer ignored my Acknowledgement and didn't try to help or assist my health and security. But instead called his seargant "Ross" who called his leutinant "Grochowsk" who didn't want to listen or assist my security to be

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:**

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 5/[illegible]/08

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Case # 08 C 1077

Part – B / Control #: 2008 X 816

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Butler **First Name:** Kendrick **ID#:** 2007-0034408

**Is This Grievance An Emergency?** YES ☐ NO ☑

**C.R.W.'S Summary Of The Complaint:** Detainee alleges lack of Safety Measures by Security Staff In Division I

**C.R.W. Referred Griev. To:** Supt Div 1 **Date Referred:** __/__/__

**Response Statement:** Inmate Butler was told to go into his cell. Inmate Butler Refused multiple orders to do so and O.C. was used. He received medical attention and a disciplinary report. There has been no protective custody forms found to include after this incident requesting protective custody.

Chief D. Howell (print name of individual responding to this griev.) — [signature] (signature of individual responding to this griev.) **Date:** 04/Jun/08 **Div./Dept.** 1

[signature] (print name of Supt. / Designee / Dept. Admin.) — [signature] (signature of Supt. / Designee / Dept. Admin.) **Date:** 6/ /08 **Div./Dept.** 1

[signature] (print name of Prog. Serv. Admin./ Asst. Admin.) — [signature] (signature of Prog. Serv. Admin./ Asst. Admin.) **Date:** 6/5/08

**Date Detainee Received Response:** 6/6/08 **Detainee Signature:** [signature]

## *REQUEST FOR AN APPEAL*

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

***Date Detainee Request For An Appeal:*** __/__/__

***Detainee's Basis For An Appeal:***

***Appeal Board's Acceptance Of Detainee's Request:*** ***YES*** ☐ ***NO*** ☐

***Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:***

***Appeal Board's Signatures / Dates:***

**Date Detainee Rec.'d the Appl. Bd.'s Response:** __/__/__ **Detainee Signature:**

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)