**FILED**

JUL 3 2008 aew
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date 6/25/08
Time 3:00 pm

To: Prisoner Correspondence         08C1077

I Just received your paper work on case # 08C107 it were an Subpena Form For the medical unit. I've currently haven't had any movement for medical and I've been not able to receive the law library. I filed greivance's for these issues and legal matters for my medical. I'm fully aware of my case being held and proceeded by my Family members but I'm also here to help with any law questions they have. I'm sending a copy of my court order for law library and Grievance's I've filed.

I will like to receive help any way possible. Thank you.

Prisoner Correspondence I wanted To Know if you'll assist me by Typing up a motion for a suppena For All my medical Records Not just two dates.

For: Case # 07C6026/08C1077/08C3590

CASE# 07C6826 08C3590
08L1077

Part-A / Control #: Request
Referred To: Program Service
☑ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Butler    First Name: Kendrick

ID #: 2007 0024468  Div.: 9   Living Unit: 2C  Date: 2 / 6 / 08
2006

BRIEF SUMMARY OF THE COMPLAINT: I HAd went to court and I
received a court order to go to the law library at
least once a week the weeks are now adding on
top of each other for me not going since I first
received my court order. If I don't recive my law
library do to lack of proffesionalism I will not be able
to complete my lawsuits and a appeal with the
supreme court means an automaticly will win
my claim. I'm being violated of my law by a
magistrate who issued the court order.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Superintendents, Leutinants, Sgt.s, Correctional officers and Paralegals

ACTION THAT YOU ARE REQUESTING:
That I be protected by my full rights and recive
every thing I have coming to me.

DETAINEE SIGNATURE: Kendrick Butler

C.R.W.'S SIGNATURE: V Butler    DATE C.R.W. RECEIVED: 2 / 5 / 8

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

For CASE # 07608890868856 Part-A / Control #: 2008 X 1156
08EC1677 Refered To: Program Services

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Butler          First Name: Kendrick

ID #: 2007 - 0034468  Div.: 9  Living Unit: 9F  Date: 6/18/08

BRIEF SUMMARY OF THE COMPLAINT: My NAme is Kendrick Butler
and I have an court order to go to the law
libiary at least once a week due to my civil
cases and me going place on them. I have other
legal work to look up also but I will like to
attend my law libiary. I've been filling out
request forms but haven't received any results.
I will like for a admidiate respose to why I havent
been able to receive any results?

Paia legals in the law libiary
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

To have my court order fulfilled for law libiary?
ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Kendrick Butler

C.R.W.'S SIGNATURE: V Butler          DATE C.R.W. RECEIVED: 6/24/08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)