## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1077 | **DATE** | 7/08/2008 |
| **CASE TITLE** | Kendrick Butler   vs   Officer Arles | | |

**DOCKET ENTRY TEXT:**

Defendants' motion [23] for sanctions is continued to 9/9/2008, at 9:15 a.m.
Plaintiff is granted leave to file an amended complaint.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|