UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Amended

Kendrick Butler
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

FILED
AUG 1 5 2008
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

vs.

Sgt. (Ross) (Officer) Abels
Superintendent (Turner)
(Lt.) Grochopiski
Asistant Excutive Director (Ramaro)
Excutive Director (Salvador Godinez)
Sheriff (Thomas Dart)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 08C 1077
(To be supplied by the Clerk of this Court)

Jury Trial demanded

Gettleman
Coles

CHECK ONE ONLY:

X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.    Plaintiff(s):

Revised: 7/20/05

A. Name: Kendrick Butler

B. List all aliases: _____

C. Prisoner identification number: 20070054408

D. Place of present confinement: Cook County Department of correction

E. Address: 4905 W. Fulton Chicago, IL 60644    २६०. CAlifornia Po Box 089005

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Shulch
   Title: Correctional Officer
   Place of Employment: Cook county Department of corrections

B. Defendant: Barton
   Title: Sergant
   Place of Employment: Cook County Department of corrections

C. Defendant: ~~Super~~ Turner
   Title: Superintendent
   Place of Employment: Cook County Department of corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X)  NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X)  NO ( )

C. If your answer is YES:

1. What steps did you take?
   Before filling the grievance I instructed the Nurse and all the officer that I'm an asthmatic and my lungs are weak.

2. What was the result?
   None before the grievance

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
   There were no results toward an appeal

D. If your answer is NO, explain why not:

3

Revised: 7/20/05

E.  Is the grievance procedure now completed? YES (X) NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G.  If your answer is YES:

  1.  What steps did you take?

  _____
  _____
  _____

  2.  What was the result?

  _____
  _____
  _____

H.  If your answer is NO, explain why not:

  _____
  _____
  _____

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: 07C6826

B. Approximate date of filing lawsuit: 11/20/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kendrick Butler

D. List all defendants: Officer (Shuhch) Sgt (Barton) Cheff (Brown) Superintendent (Turart) Assistant Executive Director (Ramaco) Executive Director (Salvador Godinez) Sheriff Thomas Dart

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Clerk of the US District Court USAH 219 S Dearborn

F. Name of judge to whom case was assigned: _____

G. Basic claim made: medical both physical and mental Injuries and still suffering

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: 11/20/07

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Well on June 9th or June 8th 2007 I was notified by an inmate that some people put a bounty on my head and wanted me to be severly wounded and I notified the correctional officer telling him one of the inmates nicknames who was suppose to be involved but he ignored my acknowledgement and called Sgt Koss and he notified his superior which is the Lt. for the tier who name is Grochoaski who didn't want to listen to anything I had to say nor think I was never issued a protective custody form to sign into or any proper proceedure that was suppose to happened didn't take place. I informed the Lt, Sgt, and correctional officer that I have bad lungs and breathing problems. They didn't acknowledge my medical history and maced me anyway after I stated two big important things I feel my life is in danger and I have asthma I'm known to have attacks. Well my lungs are now currently malfunctioning and I'm having black outs

6

and other medical injuries Do to this incident. I still haven't completely recovered. After this infraction I was later Attacked by some inmates when this could of been avoided from when I first reported my well being in the same Divison. I was denied security assistant what they were trained to do. Improper search and seizer. Officer Abels were the first officer I talked to and He was the one who ignited a false statement to their Superiors.

VI.   Relief:

Releif: State Briefly exactly what you want the court to do for you. Make No legal arguments cite no cases or ~~statuets~~ statutes

Monetory damages in the Amount of $100,000.00 for pain and Suffering, physical and mental here in punitive damages of $100,000.00 and any other Just Award from Each defendant



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION



ONE PRUDENTIAL PLAZA
130 EAST RANDOLPH DRIVE, SUITE 1500
CHICAGO, ILLINOIS 60601-6219
(312) 565-2600

## REQUEST FOR INVESTIGATION OF A LAWYER

PLEASE PRINT OR TYPE.

1. Person Making Request: __Kendrick Butler__
Street __26 S. California__ Apt. ____
City __Chicago__ State __ILL__ Zip __60608__
Home Phone ( ) ____ Business Phone ( ) ____

2. Name of Lawyer: __Kenneth N Flaxman__
Street __200 South Michigan Ave__ City __Chicago__
State __ILL__ Zip __60604__ Phone __(312) 427-3200__

3. Did/does the lawyer represent you? ☒ Yes ☐ No
   If yes, when was the lawyer hired? ____

4. Did you pay a fee? ☐ Yes ☒ No  If yes, how much? ____

5. Is there a related court case? ☒ Yes ☐ No
   If yes, what is the name of the case, the case number and the location of the court?
   ~~[redacted]~~ 06-CV-493
   Jackson V. Sheriff

6. Please describe what the lawyer did or failed to do that you believe may have been improper. Include information such as dates, times, places, **names** and telephone numbers of witnesses and names and telephone numbers of other persons involved. Attach copies of any papers that support your charge such as fee agreements, letters, receipts and court papers.

I want my money"! I came to a settlement and I was suppose to receive $500 and I don't have and haven't receive any of my money.

(over)