# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1077 | **DATE** | 8/27/2008 |
| **CASE TITLE** |  | Kendrick Butler (2007-0034408) v. Turner, et al. | |

**DOCKET ENTRY TEXT:**

The Court has received Plaintiff's amended complaint [27]. Plaintiff's amended complaint includes those Defendants – Romaro, Godinez, and Dart – who were dismissed from this suit in the Court's April 30, 2008 order. Defendants Romaro, Godinez, and Dart remain dismissed pursuant to the Court's April 30, 2008 order.

[For further details see text below.]      Docketing to mail notices.

**STATEMENT**

JJD